UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**ALEX TIVIAS GREEN,**
    Petitioner,

v.

**STATE OF ALABAMA,**
    Respondent.

Case No. 7:22-cv-115-CLM-SGC

## MEMORANDUM OPINION

    The magistrate judge has entered a report, recommending that the court dismiss as moot Petitioner Alex Tivias Green's petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 10). The magistrate judge advised the petitioner of his right to file written objections within 14 days. But the court hasn't received any objections within the prescribed time.

    After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this § 2241 petition as moot. The court will enter a separate final judgment.

    **Done** and **Ordered** on March 14, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE